James O. VAUGHNS, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3253.

United States Court of Appeals,
Federal Circuit.

Oct. 7, 2005.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

TIANJIN MACHINERY IMPORT & EXPORT CORP. and Shandong Huarong General Group Corp., Plaintiffs–Appellants,

and

Liaoning Machinery Import & Export Company and Shandong Machinery Import & Export Corp., Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

Ames True Temper, Defendant–Appellee.

No. 05–1077.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2005.

Before LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.